ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 17 2017

at 3 o'clock and 26 min. M.
SUE BEITIA, CLERK

ELLIOT ENOKI #1528
Acting United States Attorney
District of Hawaii

ZAK M. BEASLEY
Special Assistant U.S. Attorney
300 Ala Moana Blvd., Suite 6-100
Honolulu, Hawaii  96850
Telephone:  (808) 257-7084
Facsimile:  (808) 257-1829
Email:  zak.beasley@usmc.mil

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.: **CR17 00312 BMK** |
| | ) | |
| | ) | INFORMATION |
| Plaintiff, | ) | |
| | ) | 18 U.S.C. §13 |
| vs. | ) | H.R.S. §291E-61(a)(3) |
| | ) | |
| WYATT J. HOWARD, | ) | |
| | ) | Cit. No.: 6793052/H30 |
| Defendant. | ) | |
| | ) | A&P Date: MAY 24, 2017 |

INFORMATION

The United States Attorney charges:

That on or about March 4, 2017 at Marine Corps Base

Hawaii, Kaneohe Bay, Hawaii, a place within the special maritime

and territorial jurisdiction of the United States, in the

District of Hawaii, WYATT J. HOWARD, defendant herein, unlawfully

operated or assumed actual physical control of a vehicle upon a

public way, street, road, or highway, while with .08 or more grams of alcohol per two hundred ten liters of breath.

All in violation of Hawaii Revised Statutes 291E-61(a)(3), a federal offense pursuant to Title 18, United States Code, Section 13, Assimilative Crimes Act.

DATED: 5/17/17 _____, at Honolulu, Hawaii.

Elliot Enoki #1528
Acting United States Attorney
District of Hawaii

ZAK M. BEASLEY
Special Assistant U.S. Attorney

UNITED STATES v. WYATT J. HOWARD
CR. NO.:
Cit. No.: 6793052/H30
"INFORMATION"

CR17 00312 BMK